IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSE FABIO DE SOUZA,

     Petitioner,

v.                                 CASE NO.   4:13-cv-140-MW/CAS

STATE OF FLORIDA,

     Respondent.

***************************

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No. 4, filed March 27, 2013.   Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the Court's opinion.  The Clerk shall **TRANSFER** this cause to the United States District Court for the Middle District of Florida.

SO ORDERED on April 17, 2013.

                                                     s/Mark E. Walker          
                                                     United States District Judge